**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| MATTHEW HOVANEC, | ) | Case No. 2:20-cv-05248 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| WARNER EXPRESS, LLC, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Now come Plaintiff Matthew Hovanec and Defendant Warner Express, LLC and pursuant

to Ohio Civ. Rules 41(A)(1) hereby stipulate to the dismissal of this case with prejudice.  Costs

paid by Plaintiff.

Respectfully submitted,


 */s/Trisha M. Breedlove*                          */s/Nick A. Nykulak* (email approval on 11/18/20)
Trisha M. Breedlove, Esq. (0095852)         Nick A. Nykulak  (0075961)
The Spitz Law Firm, LLC                     Ross, Brittain & Schonberg Co., LPA
1103 Schrock Road, Suite 307                6480 Rockside Woods Blvd. S., Suite 350
Columbus, Ohio 43229                        Independence, Ohio 44139
Telephone: (216) 291-4744                   Phone: (216) 447-1551
Facsimile: (216) 291-5744                   nickn@rbslaw.com
trisha.breedlove@spitzlawfirm.com           *Counsel for Defendant*
*Counsel for Plaintiff*